IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WAYNE REDDICK, | : | |
| | : | |
| Petitioner, | : | |
| | : | 7:05-CV-121(HL) |
| vs. | : | |
| | : | |
| TIFTON GEORGIA, | : | |
| TIFT COUNTY GEORGIA, | : | |
| | : | **PROCEEDINGS UNDER 28 U.S.C. §2254** |
| | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |
| Defendants. | : | |
| | : | |

# O R D E R

Petitioner **WAYNE REDDICK**, an inmate at Georgia State Prison in Reidsville, Georgia, filed the above-captioned petition for writ of habeas corpus pursuant 28 U.S.C. § 2254. Petitioner has neither paid the required $5.00 filing fee nor sought leave to proceed *in forma pauperis*.

The Court also notes that petitioner has also failed to use the *in forma pauperis* and habeas corpus forms used by this Court. Accordingly, the Clerk of this Court is hereby **DIRECTED** to transmit to petitioner two sets of the court's forms for use in 28 U.S.C. § 2254 petitions and *in forma pauperis* applications. Petitioner may use additional pages if necessary but he must complete the Court's forms in their entirety. Petitioner shall have thirty (30) days from the date of his receipt of this order to complete said forms and return them to the Court. Failure to comply with this order shall result in the dismissal of the petition. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 6th day of December, 2005.

                                               /s/ Richard L. Hodge
                                               RICHARD L. HODGE
                                               UNITED STATES MAGISTRATE JUDGE