**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **WAYNE REDDICK,** : | |
| Petitioner : | |
| v. : | **CASE NO. 7:05-CV-121 (HL)** |
| **TIFT COUNTY, GEORGIA, et al,** : | |
| Respondents : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.30) filed November 7, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the petitioner to the Magistrate Judge's Recommendation (Doc. 31) filed November 20, 2006 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 14th day of December, 2006.

                                                                          s/ Hugh Lawson
                                                                           **HUGH LAWSON, Judge**
                                                                           **United States District Court**